

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-21-2005

# In Re: Comm Bank

Precedential or Non-Precedential: Precedential

Docket No. 03-4220

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In Re: Comm Bank " (2005). *2005 Decisions.* Paper 466.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/466

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Nos. 03-4220, 03-4221, 03-4275, 03-4294, 03-4316,
03-4319, 03-4504, 03-4732,
03-4837, 04-4838, 03-4862, 04-1002, and 04-1039
_____

IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA AND GUARANTY
NATIONAL BANK OF TALLAHASSEE SECOND MORTGAGE LOAN
LITIGATION


Stephanie Spann; Leonila T. Nini; Eufronio Nini; John Hardt;
Robbin Verbeck; Stephanie Hafford; Charles B. Poindexter;
Maureen F. Poindexter; David B. Walker; Shundra R. Walker;
Jessie Dodd; James Beckius; Linda Whitehead; Lynell B. Wingfield;
Jario Ivan Sarrie; Beatriz Sarrie; Michelle K. Morgan; Sharon Finnerty;
Donald Appleton; Jeanette Appleton; Edelman, Combs & Latturner, LLC;
Appellants in No. 03-4220

Walters, Bender, Strohbehn & Vaughan, P.C.,
Appellant in No. 03-4221

Scott C. Borison,
Appellant in No. 03-4294

Badeaux Class Member Opt-Outs,
Appellants in Nos. 03-4316 and 03-4838

Alabama Class Member Opt-Outs,
Appellants in No. 03-4319

Dickey, McCamey & Chilcote, P.C., David J. Armstrong, Esq., Douglas C. LaSota, Esq.,
Franklin R. Nix, Esq., Georgia Class Member Opt-Outs,
Appellants in Nos. 03-4275 and 03-4504

Ronald D. Gray; Ozy T. McDaniel; Jerline McDaniel; Tammy and David Wasem;
Richard and Margaret Harlin; Sylvester and Patricia Watkins; Stephen D. Jensen;
Joseph E. and Cynthia A. Brownfield; Missouri Class Member Opt-Outs;

Illinois Class Member Opt-Outs,
Appellants in No. 03-4732

Michael Lane; Marcos Escalante; Cheryl White-Berry;
William P. Gorny; Rinaldo Swayne,
Appellants in No. 03-4837

Franklin R. Nix, Esq.; Georgia Class Member Opt-Outs and Objectors,
Appellants in No. 03-4862

Marion Deloy Smith,
Appellant in No. 04-1002

John W. Sharbrough, III, Esq.; The Sharbrough Law Firm;
Alabama Class Member Opt-Outs
Appellants in No. 04-1039

_____

Argued February 17, 2005

Before: SLOVITER, AMBRO, and ALDISERT, <u>Circuit Judges</u>

<u>ORDER AMENDING OPINION</u>

IT IS ORDERED that the slip opinion in the above case, filed August 11, 2005, be amended as follows:

Page 45, sentence beginning on line 10 with the words "Voluntary assignees of a credit obligation . . ." should be deleted and replaced by the following:

> The parties dispute the scope of assignee liability arising from HOEPA loans, an issue that has divided the district courts. <u>Compare, e.g.</u> <u>Cooper v. First Government Mortgage and Investors Corp.</u>, 238 F. Supp. 2d 50, 55 (D. D.C. 2002), <u>with</u> <u>Baker v. Century Financial Group, Inc.</u>, No. 01-0903-CV-W-SOW-ECF, 2001 U.S. Dist. LEXIS 24320, at *7 (W.D. Mo. 2001). Appellants contend that the operative legal standard is set forth in § 1641(d). Appellees

2

argue that § 1641(d) does not provide an independent basis for liability. This court need not, and does not, resolve that dispute at this time.

By the Court,

 /s/ Dolores K. Sloviter   
 Circuit Judge

Dated: September 21, 2005
nmb/cc: All Counsel of Record